IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| AVIS GRIFFIN | : CIVIL ACTION |
| v. | : NO. 24-4214 |
| STATE FARM AUTO INSURANCE COMPANY | : |

## ORDER

**AND NOW**, this 29th day of August 2024, upon studying Defendant insurer's Motion to dismiss the insured's breach of contract and bad faith claims (ECF No. 8), Plaintiff insured's pro se Responses (ECF Nos. 9, 11), and for reasons in today's accompanying Memorandum, it is **ORDERED** Defendant's Motion (ECF No. 8) is **GRANTED** requiring we **dismiss** the Plaintiff's amended Complaint (ECF No. 1-5) without prejudice to her timely adding parties who may be liable to her for injuries under the insurance contract and Pennsylvania Law and pleading facts supporting her claims in a second amended Complaint (along with an attached blackline version identifying the amendments under our Policies) filed no later than **September 12, 2024**.

KEARNEY, J.